**Order filed November 10, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00868-CV
_____

### ESTATE OF DAISY MAE DAVIS, DECEASED, Appellant

---

**On Appeal from the Probate Court No. 3**
**Harris County, Texas**
**Trial Court Cause No. 414,794-401**

---

## O R D E R

The notice of appeal in this case was filed October 8, 2015. To date, the filing fee of $205.00 has not been paid. No evidence that appellants are excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **November 25, 2015.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM